IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA OTIL, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 08-CV-13 |
| DEPENDON COLLECTION SERVICE, | ) Judge Castillo |
| Defendant. | ) |

## **VOUNTARY MOTION TO DISMISS**

NOW COMES the Plaintiff, MARIA OTIL, by and through her attorneys, LARRY P. SMITH & ASSOCIATES, LTD., and hereby moves this Honorable Court to dismiss the Defendant, DEPENDON COLLECTION SERVICE, with prejudice and without costs to be paid to any party.

                                                                        Respectfully Submitted,
                                                                        **MARIA OTIL**

                                                                        By: _____/s Larry P. Smith_____
                                                                             Attorney for Plaintiff

LARRY P. SMITH & ASSOCIATES, LTD
Attorneys for Plaintiff
205 N. Michigan Ave. 40th Floor
Chicago, Illinois 60601
Telephone: (312) 222-9028
Facsimile: (312) 602-3911