IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MARIA OTIL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 08-CV-13 |
| ) | |
| DEPENDON COLLECTION SERVICE, ) | Judge Castillo |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

DEPENDON COLLECTION SERVICE
Attn: Legal Department
120 W 22nd St Ste 360
Oak Brook, IL , 60523-4070

    PLEASE TAKE NOTICE THAT On January 31, 2008, there was filed in the United States District Court for the Northern District of Illinois, a **Motion to Dismiss,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| Name: | LARRY P. SMITH & ASSOCIATES, LTD. |
| Attorneys For: | Plaintiff |
| Address: | 205 N. Michigan Ave, Suite 4000 |
| City: | Chicago, Illinois 60601 |
| Telephone: | (312) 222-9028 |

## PROOF OF SERVICE

    I, the undersigned, an attorney, certify that I served this notice by depositing the same in the United States mail with sufficient postage affixed thereon to the above named parties before 5:00 p.m. on January  31 , 2007 from 205 N. Michigan Avenue, Suite 4000, Chicago, Illinois 60601.

                                                        By: _____/s Larry P. Smith_____
                                                             Attorney for Plaintiff