# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 13 | **DATE** | 2/1/2008 |
| **CASE TITLE** | Maria Otil vs. Dependon Collection Service | | |

**DOCKET ENTRY TEXT**

Plaintiff's voluntary motion to dismiss [5] is granted.  This case is hereby dismissed with prejudice and without costs to either party.

Docketing to mail notices.

Case 1:08-cv-00013   Document 7   Filed 02/01/2008   Page 1 of 1

| | Courtroom Deputy Initials: | RO |
|---|---|---|